United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11674-amc
Carol Lynn Stelzer                                                    Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 2           Date Rcvd: Mar 28, 2018
                             Form ID: 309I           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db            +Carol Lynn Stelzer,   102 Debbie Drive,   Coatesville, PA 19320-1152
14072201      +Carolyn B. Welsh, Sheriff,   Chester County Justice Center,
               201 West Market Street, Suite 1201,   West Chester, PA 19382-2947
14072204      +Citibank/The Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
               Saint Louis, MO 63179-0040
14072209      +Parker McCay, PA,   9000 Midlantic Dr.,   Suite 300,   Mount Laurel, NJ 08054-1539
14072210       Pennsylvania Department of Revenue,   P.O. Box 280846,   Bureau of Compliance,
               Harrisburg, PA 17128-0846
14072212      +Specialized Loan Servicing, LLC,   8742 Lucent Blvd., Suite 300,
               Highlands Ranch, CO 80129-2386
14072216      +The Bank of New York Mellon,   c/o SLS, LLC,   8742 Lucent Blvd., Suite 300,
               Highland Ranch, CO 80129-2386
14080054      +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14072217      +Visa Dept Store National Bank,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: cdicicco@myphillybankruptcylawyer.com Mar 29 2018 01:49:31
               CHRISTIAN A. DICICCO,   Law Offices of Christian A. DiCicco,   2008 Chestnut Street,
               Philadelphia, PA  19103
tr            +E-mail/Text: bncnotice@ph13trustee.com Mar 29 2018 01:51:12    WILLIAM C. MILLER, Esq.,
               Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg            E-mail/Text: bankruptcy@phila.gov Mar 29 2018 01:50:52    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2018 01:50:16
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 29 2018 01:50:32    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 29 2018 01:50:20    United States Trustee,
               Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14072198      +EDI: BANKAMER.COM Mar 29 2018 05:50:00    Bank Of America,   Nc4-105-03-14,   Po Box 26012,
               Greensboro, NC 27420-6012
14072199      +EDI: BANKAMER.COM Mar 29 2018 05:50:00    Bank of America Home Loans,   400 National Way,
               Simi Valley, CA 93065-6414
14072200      +EDI: CAPITALONE.COM Mar 29 2018 05:50:00    Cap1/levtz,   Po Box 30253,
               Salt Lake City, UT 84130-0253
14072202      +E-mail/Text: bankruptcy@cavps.com Mar 29 2018 01:50:29    Cavalry Portfolio Services,
               500 Summit lake Dr., Suite 400,   Valhalla, NY 10595-2322
14074319      +E-mail/Text: bankruptcy@cavps.com Mar 29 2018 01:50:29    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
14072203      +E-mail/Text: bankruptcycollections@citadelbanking.com Mar 29 2018 01:50:59
               Citadel Federal Cred U,   Attn: Collections/Bankruptcy,   520 Eagleview Blvd,
               Exton, PA 19341-1119
14072205      +EDI: WFNNB.COM Mar 29 2018 05:49:00    Comenity Bank/Peebles,   Po Box 182125,
               Columbus, OH 43218-2125
14072206       EDI: WFNNB.COM Mar 29 2018 05:49:00    Comenity Bank/Victoria Secret,   Po Box 18215,
               Columbus, OH 43218
14072207      +EDI: IRS.COM Mar 29 2018 05:50:00    Internal Revenue Service,   Room 5200 IE:T3:1,
               600 Arch Street,   Philadelphia, PA 19106-1611
14072208      +EDI: PHINGENESIS Mar 29 2018 05:50:00    Mabt - Genesis Retail,   Bankcard Services,
               Po Box 4477,   Beaverton, OR 97076-4401
14072211       EDI: PRA.COM Mar 29 2018 05:48:00    Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
               Norfolk, VA 23541
14072214      +EDI: RMSC.COM Mar 29 2018 05:50:00    Synchrony Bank/ JC Penneys,   Po Box 965007,
               Orlando, FL 32896-5007
14072215      +EDI: RMSC.COM Mar 29 2018 05:50:00    Synchrony Bank/ Old Navy,   Po Box 965064,
               Orlando, FL 32896-5064
14072218      +EDI: WFFC.COM Mar 29 2018 05:49:00    Wells Fargo Bank Card,   Mac F82535-02f,   Po Box 10438,
               Des Moines, IA 50306-0438
                                                                          TOTAL: 20


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14072213       Spouse's Car
                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

District/off: 0313-2          User: dlv               Page 2 of 2          Date Rcvd: Mar 28, 2018
                             Form ID: 309I            Total Noticed: 29

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
          CHRISTIAN A. DICICCO    on behalf of Debtor Carol Lynn Stelzer
           cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
          as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
          2007-10 KMcDonald@blankrome.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                              TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Carol Lynn Stelzer** | Social Security number or ITIN | **xxx–xx–2272** |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN  _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13  3/12/18** | |
| Case number:  **18–11674–amc** | | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Carol Lynn Stelzer | |
| 2. | **All other names used in the last 8 years** | aka Carol Lynn Cominsky, pka Carol Lynn Kaminsky | |
| 3. | **Address** | 102 Debbie Drive Coatesville, PA 19320 | |
| 4. | **Debtor's attorney** Name and address | CHRISTIAN A. DICICCO Law Offices of Christian A. DiCicco 2008 Chestnut Street Philadelphia, PA 19103 | Contact phone 215 – 564 – 6812 Email: cdicicco@myphillybankruptcylawyer.com |
| 5. | **Bankruptcy trustee** Name and address | WILLIAM C. MILLER, Esq. Chapter 13 Trustee P.O. Box 1229 Philadelphia, PA 19105 | Contact phone 215–627–1377 Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 3/28/18 |

**For more information, see page 2**

Debtor  **Carol Lynn Stelzer**

Case number **18–11674–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 9, 2018 at 9:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/8/18**<br><br><br><br><br><br><br><br>**Filing deadline: 5/21/18**<br><br><br>**Filing deadline: 9/8/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline:  30 days after the conclusion of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 1035.00 per month for 60 months. **The hearing on confirmation will be held on: 5/29/18 at 10:00AM Location:Courtroom #5 – 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |