# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 18-11674-AMC

CAROL LYNN STELZER

102 DEBBIE DRIVE

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CAROL LYNN STELZER

    102 DEBBIE DRIVE

    COATESVILLE, PA 19320

**Counsel for debtor(s), by electronic notice only.**
    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                            /s/ William C. Miller

Date: 5/17/2018

                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee