# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carol Lynn Stelzer pka Carol Lynn Kaminsky aka Carol Lynn Cominsky<br>　　　　　　Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10<br>　　　　　　Movant<br>　　vs.<br>Carol Lynn Stelzer pka Carol Lynn Kaminsky aka Carol Lynn Cominsky<br>　　　　　　Debtor<br>Thomas C. Stelzer<br>　　　　　　Co-Debtor<br>William C. Miller Esq.<br>　　　　　　Trustee | NO. 18-11674 AMC<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 24th day of July, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 102 Debbie Dr, Coatesville, PA 19320-1152 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

Carol Lynn Stelzer pka Carol Lynn Kaminsky aka Carol Lynn Cominsky
102 Debbie Drive
Coatesville, PA 19320-1152

Thomas C. Stelzer
102 Debbie Drive
Coatesville, PA 19320-1152

Christian A. Dicicco
Law Offices of Christian A. DiCicco
2008 Chestnut Street
Philadelphia, PA 19103

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532