**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CAROL LYNN STELZER | : | |
| DEBTOR | : | BANKRUPTCY NO. 18-11674-AMC |

**CERTIFICATION OF SERVICE**

    I, Christian A. DiCicco, Esquire, counsel for Debtor, do hereby certify that, on the 4th day of September, 2018, I served and/or caused to be served, a true and correct copy of the Order Dismissing Chapter 13 Case and Setting Deadlines for Allowance of Administrative Expenses, upon all interested parties.

Dated: September 4, 2018                              */s/ Christian A. DiCicco, Esquire*
                                                                                 Christian A. DiCicco, Esquire
                                                                                 Law Offices of Christian A. DiCicco
                                                                                 2008 Chestnut Street
                                                                                 Philadelphia, PA 19103
                                                                                 (ph.) 215-564-6812
                                                                                 (fax) 215-564-6814