United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carol Lynn Stelzer  
    Debtor

Case No. 18-11674-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 2    Date Rcvd: Sep 12, 2018  
Form ID: pdf900    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.

```
db             +Carol Lynn Stelzer,    102 Debbie Drive,    Coatesville, PA 19320-1152
14072199       +Bank of America Home Loans,    400 National Way,    Simi Valley, CA 93065-6414
14072201       +Carolyn B. Welsh, Sheriff,    Chester County Justice Center,
                 201 West Market Street, Suite 1201,    West Chester, PA 19382-2947
14072204       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14072209       +Parker McCay, PA,    9000 Midlantic Dr.,    Suite 300,    Mount Laurel, NJ 08054-1539
14072210        Pennsylvania Department of Revenue,    P.O. Box 280846,    Bureau of Compliance,
                 Harrisburg, PA 17128-0846
14072212       +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,
                 Highlands Ranch, CO 80129-2386
14072216       +The Bank of New York Mellon,    c/o SLS, LLC,    8742 Lucent Blvd., Suite 300,
                 Highland Ranch, CO 80129-2386
14080054       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14072217       +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14072218       +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Sep 13 2018 02:27:26     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:26:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2018 02:27:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14072200       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 13 2018 02:44:38     Cap1/levtz,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
14072202       +E-mail/Text: bankruptcy@cavps.com Sep 13 2018 02:27:17     Cavalry Portfolio Services,
                 500 Summit lake Dr., Suite 400,    Valhalla, NY 10595-2322
14074319       +E-mail/Text: bankruptcy@cavps.com Sep 13 2018 02:27:17     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14072203       +E-mail/Text: bankruptcycollections@citadelbanking.com Sep 13 2018 02:27:40
                 Citadel Federal Cred U,    Attn: Collections/Bankruptcy,    520 Eagleview Blvd,
                 Exton, PA 19341-1119
14072205       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2018 02:26:49     Comenity Bank/Peebles,
                 Po Box 182125,    Columbus, OH 43218-2125
14072206        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2018 02:26:49
                 Comenity Bank/Victoria Secret,    Po Box 18215,    Columbus, OH 43218
14072207       +E-mail/Text: cio.bncmail@irs.gov Sep 13 2018 02:26:46     Internal Revenue Service,
                 Room 5200 IE:T3:1,    600 Arch Street,    Philadelphia, PA 19106-1611
14072208       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Sep 13 2018 02:27:50     Mabt - Genesis Retail,
                 Bankcard Services,    Po Box 4477,    Beaverton, OR 97076-4401
14072211        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2018 02:46:09
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
14072214       +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 02:46:08     Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
14072215       +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 02:45:23     Synchrony Bank/ Old Navy,
                 Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14072213        Spouse's Car
14072198      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Sep 12, 2018
                              Form ID: pdf900             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              CHRISTIAN A. DICICCO    on behalf of Debtor Carol Lynn Stelzer
               cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-10 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CAROL LYNN STELZER | : | |
| DEBTOR | : | BANKRUPTCY NO. 18-11674-AMC |

___

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Trustee's Motion to Dismiss Case and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 USC § 11326(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 USC § 349(b)(3).

5. All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (21) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within 5 days of the entry of this Order. Counsel shall file a certification of service confirming such service has been effected within fifteen (15) days of the entry of this Order.

7. A hearing for the application shall be held on  October 9 , 201 8  at  11:00  a .m. in Courtroom #4, United States Bankruptcy Court.

Date: **September 12, 2018**

_____
**HONORABLE ASHELY M. CHAN**
U.S. Bankruptcy Judge