## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13
CAROL LYNN STELZER               :
              DEBTOR             :        BANKRUPTCY NO. 18-11674-AMC

## CERTIFICATION OF SERVICE

I, Christian A. DiCicco, Esquire, counsel for Debtor, do hereby certify that, on September 17 2018, I served and/or caused to be served, a true and correct copy of the Application for Compensation and Notice of Application, upon all interested parties.


Dated:  September 17, 2018                    /s/ Christian A. DiCicco, Esquire
                                             Christian A. DiCicco, Esquire
                                             Law Offices of Christian A. DiCicco
                                             2008 Chestnut Street
                                             Philadelphia, PA 19103
                                             (ph.) 215-564-6812
                                             (fax) 215-564-6814