**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CAROL LYNN STELZER | : | |
| DEBTOR | : | BANKRUPTCY NO. 18-11674-AMC |

### PRAECIPE TO WITHDRAW

TO THE CLERK OF THE BANKRUPTCY COURT:

Please withdraw Docket No. 34, Certificate of No Response to Application for Compensation, which was filed by Counsel for Debtor in error as it contained the incorrect case number.

.

Respectfully submitted,

/s/ *Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
(ph.) 215-564-6812
Counsel for Debtor

**Dated: October 8, 2018**