United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11674-amc
Carol Lynn Stelzer                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Oct 09, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.
db              +Carol Lynn Stelzer,    102 Debbie Drive,    Coatesville, PA 19320-1152

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:
    CHRISTIAN A. DICICCO    on behalf of Debtor Carol Lynn Stelzer
     cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com;r57075@notify.bestcase.com
    KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10 bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                      TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CAROL LYNN STELZER | : | |
| DEBTOR | : | BANKRUPTCY NO. 18-11674-AMC |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by Debtor's counsel, Christian A. DiCicco, ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$2,000.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in paragraph 2 less $0.00 which was paid by the Debtor pre-petition.**

Dated: __October 9, 2018__

_____
**HONORABLE ASHELY M. CHAN**
United States Bankruptcy Judge

cc:    Christian A. DiCicco, Esquire
       Law Offices of Christian A. DiCicco, LLC
       2008 Chestnut Street
       Philadelphia, PA 19103

Case 18-11674-amc   Doc 39   Filed 10/11/18   Entered 10/12/18 01:17:11   Desc Imaged
Certificate of Notice   Page 3 of 3